IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 1:09-cr-250-WSD-2 |
| CARAL BYRON MAYES, | |
| Defendant. | |

## OPINION and ORDER

This matter is before the Court on Defendant's Motion to Terminate Supervised Release [104].

On June 4, 2010, the Court entered a Judgment and Commitment Order sentencing Defendant to sixty-five (65) months incarceration to be followed by a five (5) year period of supervised release. Defendant began his period of supervised release under the direction of the United States Probation Office on February 26, 2013. He has served two-thirds (2/3) of his period of supervision.

Defendant requests early termination of his term of supervised release including because he has complied with his conditions of supervision and has been gainfully employed. Mr. Mayes's supervising Probation Officer does not oppose early termination. The Government does not object to the early termination of

supervised release. The Court has reviewed Defendant's record on supervision and it is one of success. He has stable employment and a stable residence. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant's Motion to Terminate Supervised Release [104] is **GRANTED,** and Defendant's term of supervised release shall be terminated on March 1, 2016.

**IT IS FURTHER ORDERED** that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer.

**SO ORDERED** this 13th day of January, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE